**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6391**

---

RICKY COX,

Plaintiff - Appellant,

versus

KATHLEEN HAWK SAWYER, Bureau of Prisons
Director; MICKEY RAY, Warden; WARDEN DOVE;
YATES, Associate Warden; CARTIER, Head
Chaplain,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Dennis W. Shedd, District Judge.
(CA-00-3588-9-19-BG)

---

Submitted:  July 18, 2002            Decided:  July 23, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ricky Cox, Appellant Pro Se.  Barbara Murcier Bowens, OFFICE OF THE
UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricky Cox appeals the district court's order denying relief on his action filed under <u>Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cox v. Sawyer</u>, No. CA-00-3588-9-19-BG (D.S.C. filed Feb. 15, 2002 & entered Feb. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2